TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00223-CV

Firecheck of Texas, Inc. and Fireguard International, Inc., Appellants 

v.

Texas Workers' Compensation Insurance Facility, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. 230,079, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

 This appeal arose out of a default judgment rendered by County Court at Law No. 1 of
Travis County on October 29, 1996. Appellants Firecheck of Texas, Inc. and Fireguard of Texas, Inc.
and appellee the Texas Workers' Compensation Insurance Facility have entered into an agreement to settle
their disputes in the underlying action. Accordingly, appellants have filed a motion requesting that this Court
dismiss the appeal in this cause pursuant to the parties' settlement. The motion is granted. Tex. R. App.
P. 42.1(a)(2). Consequently, all motions pending in this cause are hereby dismissed. 

 

 J. Woodfin Jones, Justice

Before Chief Justice Yeakel, Justices Aboussie and Jones

Appeal Dismissed on Appellants' Motion

Filed: June 4, 1998

Do Not Publish